# EXHIBIT 1

Filed
D.C. Superior Court
12/13/2021 11:40AM
Clerk of the Court

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### Civil Division

| | |
|---|---|
| **COREY SHAPIRO**<br>**5135 6th Street N**<br>**St. Petersburg, FL 33703** | : <br> : <br> : |
| *Plaintiff,* | : <br> : |
| *v.* | : |
| **THE DISTRICT OF COLUMBIA**<br>**A Municipal Corporation**<br>**441 4th Street, NW**<br>**Washington, D.C. 20001** | : <br> : <br> : <br> : |

Case No. 2021 CA 004663 B

**Serve**: **Karl Racine, Attorney General**
**c/o Darlene Fields, Gale Rivers,**
**Tonia Robinson, Regina Brown, or**
**Marjorie Thomas**
**Office of the Attorney General for the**
**District of Columbia**
**441 4th Street, N.W.**
**6th Floor South**
**Washington, D.C. 20001**

**And**

**Serve**: **Mayor Muriel Bowser**
**c/o Karl Racine, Darlene Fields, Gale Rivers,**
**Tonia Robinson, Regina Brown, or**
**Marjorie Thomas**
**Office of the Attorney General for the**
**District of Columbia**
**441 4th Street, N.W.**
**6th Floor South**
**Washington, D.C. 20001**

And

**WATERFRONT CHURCH DC**
**PO Box 70666**
**Washington, D.C. 20024**

**Serve: Zachary Randles**

1

PO Box 70666                                   :
Washington, D.C. 20024                         :
                                               :
Or                                             :
                                               :
Zachary Randles                                :
825 Regents Sq.                                :
National Harbor, MD                            :
                                               :
                                               :
            *Defendants.*                      :
                                               :

---

## COMPLAINT
### (Negligence; Premises Liability)

1.      This Honorable Court has jurisdiction over this cause of action in that the incident complained of herein occurred in the District of Columbia and because the amount in controversy is in excess of the jurisdictional requirement for this Court.

2.      At all times relevant to this Complaint, Plaintiff Corey Shapiro is and has been a resident of the State of Florida.

3.      At all times relevant to this Complaint, Defendant District of Columbia is and has been a municipal corporation headquartered in the District of Columbia.

4.      At all times relevant to this Complaint, Defendant Waterfront Church DC is and has been a District of Columbia non-profit corporation that regularly conducted business in the District of Columbia.

5.      On or about September 1, 2019, Ms. Shapiro was walking on the sidewalk in front of the Waterfront Church DC property located at 100 K Street, SE, Washington, D.C. 20001 (hereinafter "the sidewalk"), when, with all due regard for her own safety, she tripped and fell

2

due to an unreasonably dangerous sudden depression in the sidewalk, depicted below:



6.      Upon information and belief, the portion of the sidewalk at issue which caused Plaintiff to trip and fall was owned, leased, operated, managed, maintained and/or occupied by one or more of the Defendants.

7.      One or more of the Defendants, acting by and through their actual and/or apparent agents, servants, and/or employees, owed a continuing duty to maintain their premises, including the sidewalk at issue, in a reasonably safe condition, with due regard for persons lawfully and reasonably upon the premises at issue.

8.      One or more of the Defendants, acting by and through their actual and/or apparent agents, servants, and/or employees, knew or should have known, inter alia, of the poorly maintained sidewalk on their premises and the unreasonably dangerous sudden depression that it created; that Ms. Shapiro and others similarly situated would be walking there; and that the poorly maintained sidewalk posed an unreasonable risk of harm to those, like Ms. Shapiro, who were lawfully and properly present on the sidewalk.

9.      More specifically, with respect to the allegations contained in paragraph 8, supra, upon information and belief, the above shown defect that caused Ms. Shapiro's injury had existed for over 10 years and therefore one or more Defendants either had actual or constructive

3

knowledge of the dangerous depression in the sidewalk.

10.     Based upon Google street view images that are publicly available and reproduced below, Defendant Waterfront Church DC purchased and/or leased the premises containing and/or adjacent to the dangerous depression in the sidewalk prior to June of 2019, and then failed to make any efforts to ameliorate, repair, and/or warn about the dangerous depression in the sidewalk as shown above.



11.     Furthermore, the publicly-available Google street view images of the sidewalk show that, after the Plaintiff fell and was injured on September 1, 2019, the sidewalk was repaired, thus establishing that it was entirely feasible to eliminate the tripping and/or fall hazard presented by the depression in the sidewalk:

4



12.     One or more of the Defendants, acting by and through their actual and/or apparent agents, servants, and/or employees, failed to make the appropriate repairs and/or warn pedestrians about the tripping hazard at issue.  One or more of the Defendants thereby breached the duties owed to the Plaintiff, by, <u>inter alia</u>, failing to exercise reasonable and ordinary care to keep the sidewalk at issue reasonably safe for the benefit of those who lawfully came upon the premises; failing to use reasonable and ordinary care to ensure that the walking surface provided a non-hazardous path for business invitees and/or pedestrians; failing to take reasonable steps to ensure that the sidewalk complied with applicable safety laws, building codes and/or industry standards; failing to reasonably inspect the premises for safety hazards; and failing to post non-misleading and adequate notices or otherwise warn the Plaintiff and others of the sidewalk hazard and other dangers that the Defendants knew or should have known existed.

13.     To the extent that any of the above-stated violations of the standard of care were violations of applicable building codes, municipal or federal safety regulations, and/or OSHA

5

regulations, the Defendants are negligent *per se*.

14.     At all times mentioned herein, Plaintiff was free of negligence and/or contributory negligence and assumed no risk.

15.     As a direct and proximate result of the aforesaid negligence of one or more of the Defendants, Plaintiff suffered injuries and damages, including but not limited to: a left ankle injury that required surgery, a tear of the anterior cruciate ligament of her right knee that required surgery, and a severe injury to her neck that required surgery; loss of mobility to her left ankle, right knee, and cervical spine; and persistent pain and tenderness to both legs and her neck.  On account of these injuries, Plaintiff has incurred, and will continue to incur in the future, medical, surgical, and hospital expenses in an effort to care for her injuries; she has suffered a loss of earnings and earning capacity as well as other economic losses; and she has suffered, and she will in the future suffer, great pain of body and mind; all of which may be permanent in nature.

WHEREFORE, Plaintiff Corey Shapiro demands judgment of and against Defendants District of Columbia and Waterfront Church DC, jointly and severally, in the full amount of Five Million Dollars ($5,000,000.00), plus interest and costs.

Respectfully Submitted,

/s/Daniel S. Singer
Kenneth M. Trombly, #199547
Daniel S. Singer, #1011357
Noah S. Trombly, #1657567
1825 K Street, N.W.
Suite 1150
Washington, DC 20006
(202) 887-5000
dsinger@tromblylaw.com
kmt@tromblylaw.com
ntrombly@tromblylaw.com
*Attorneys for Plaintiff*

## JURY DEMAND

Plaintiff seeks a trial by jury on all issues.

/s/Daniel S. Singer
Daniel S. Singer

7



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

COREY SHAPIRO

_____
                                        Plaintiff

vs.

                                                Case Number   2021 CA 004663 B

THE DISTRICT OF COLUMBIA
_____
                                        Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Daniel S. Singer, Esq.
_____
Name of Plaintiff's Attorney                                    _Clerk of the Court_

1825 K Street, NW, Ste 1150
_____
Address                                            By _____
Washington, DC 20006                                            Deputy Clerk

(202) 887-5000
_____
Telephone                                            Date _____   12/20/2021

如需翻譯，請打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828로 전화주세요        如需翻譯，請致電 (202) 879-4828        የአማርኛ ትርጉም አስፈላጊ ከሆነ (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                            Super. Ct. Civ. R. 4



**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

COREY SHAPIRO

                    Demandante

      contra

                                        Número de Caso:   2021 CA 004663 B

THE DISTRICT OF COLUMBIA

                    Demandado

**CITATORIO**

Al susodicho Demandado:

    Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

    A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

Daniel S. Singer, Esq.                                   *SECRETARIO DEL TRIBUNAL*
Nombre del abogado del Demandante

1825 K Street, NW, Ste 1150                    Por: _____
Dirección

Washington, DC 20006

(202) 887-5000                                         Fecha        12/20/2021
Teléfono

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면 (202) 879-4828    로 전화주십시요    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

    IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

    Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                              Super. Ct. Civ. R. 4



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

COREY SHAPIRO
_____
                                    Plaintiff

                vs.                                          Case Number    2021 CA 004663 B

WATERFRONT CHURCH DC
_____
                                    Defendant

### SUMMONS

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Daniel S. Singer, Esq.
_____
Name of Plaintiff's Attorney                                    _Clerk of the Court_

1825 K Street, NW, Ste 1150                          By _____
Address

Washington, DC 20006

(202) 887-5000                                          Date            12/20/2021
Telephone
如需翻译,请打电话(202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화하십시오      የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

    IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

    If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                        Super. Ct. Civ. R. 4



## TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
### DIVISIÓN CIVIL
#### Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

COREY SHAPIRO

                        Demandante

contra

                                         Número de Caso:   **2021 CA 004663 B**

WATERFRONT CHURCH DC

                        Demandado

### CITATORIO

Al susodicho Demandado:

      Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

      A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

Daniel S. Singer, Esq.
_____
Nombre del abogado del Demandante

1825 K Street, NW, Ste 1150
_____
Dirección

Washington, DC 20006
_____

(202) 887-5000
_____
Teléfono

SECRETARIO DEL TRIBUNAL

Por: _____
                 Subsecretario

Fecha  **12/20/2021**

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면 (202) 879-4828 로 전화주세요    የአማርኛ  ትርጉም  ለማግኘት  (202) 879-4828  ይደውሉ

     IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO_.

     Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                                          Super. Ct. Civ. R. 4

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

INFORMATION SHEET

| COREY SHAPIRO | Case Number: __2021 CA 004663 B__ |
|---|---|
| vs | Date: _____ |
| THE DISTRICT OF COLUMBIA, ET AL. | ☐ One of the defendants is being sued in their official capacity. |

| Name: *(Please Print)*  Daniel S. Singer, Esq. | Relationship to Lawsuit |
|---|---|
| Firm Name:  Trombly & Singer, PLLC | ☑ Attorney for Plaintiff |
| Telephone No.:          Six digit Unified Bar No.:  (202) 887-5000              1011357 | ☐ Self (Pro Se) ☐ Other: _____ |

TYPE OF CASE:  ☐ Non-Jury          ☑ 6 Person Jury          ☐ 12 Person Jury

Demand: $ 5,000,000.00 _____          Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.: _____ Judge: _____ Calendar #: _____

Case No.: _____ Judge: _____ Calendar#: _____

---

NATURE OF SUIT:     *(Check One Box Only)*

**A. CONTRACTS**                                          **COLLECTION CASES**

| | |
|---|---|
| ☐ 01 Breach of Contract | ☐ 07 Personal Property      ☐ 14 Under $25,000 Pltf. Grants Consent |
| ☐ 02 Breach of Warranty | ☐ 09 Real Property-Real Estate   ☐ 16 Under $25,000 Consent Denied |
| ☐ 06 Negotiable Instrument | ☐ 12 Specific Performance   ☐ 17 OVER $25,000 |
| ☐ 15 Special Education Fees | ☐ 13 Employment Discrimination |

**B. PROPERTY TORTS**

| | | |
|---|---|---|
| ☐ 01 Automobile | ☐ 03 Destruction of Private Property | ☐ 05 Trespass |
| ☐ 02 Conversion | ☐ 04 Property Damage | ☐ 06 Traffic Adjudication |
| ☐ 07 Shoplifting, D.C. Code § 27-102 (a) | | |

**C. PERSONAL TORTS**

| | | |
|---|---|---|
| ☐ 01 Abuse of Process | ☐ 09 Harassment | ☑ 17 Personal Injury- (Not Automobile, Not Malpractice) |
| ☐ 02 Alienation of Affection | ☐ 10 Invasion of Privacy | ☐ 18 Wrongful Death (Not Malpractice) |
| ☐ 03 Assault and Battery | ☐ 11 Libel and Slander | ☐ 19 Wrongful Eviction |
| ☐ 04 Automobile- Personal Injury | ☐ 12 Malicious Interference | ☐ 20 Friendly Suit |
| ☐ 05 Deceit (Misrepresentation) | ☐ 13 Malicious Prosecution | ☐ 21 Asbestos |
| ☐ 06 False Accusation | ☐ 14 Malpractice Legal | ☐ 22 Toxic/Mass Torts |
| ☐ 07 False Arrest | ☐ 15 Malpractice Medical (Including Wrongful Death) | ☐ 23 Tobacco |
| ☐ 08 Fraud | ☐ 16 Negligence- (Not Automobile, Not Malpractice) | ☐ 24 Lead Paint |

SEE REVERSE SIDE AND CHECK HERE ☐ IF USED

CV-496/May 12

# Information Sheet, Continued

**C. OTHERS**

**I.**

- ☐ 01 Accounting
- ☐ 02 Att. Before Judgment
- ☐ 04 Condemnation (Emin. Domain)
- ☐ 05 Ejectment
- ☐ 07 Insurance/Subrogation
  Under $25,000 Pltf.
  Grants Consent
- ☐ 08 Quiet Title
- ☐ 09 Special Writ/Warrants
  (DC Code § 11-941)

- ☐ 10 T.R.O./ Injunction
- ☐ 11 Writ of Replevin
- ☐ 12 Enforce Mechanics Lien
- ☐ 16 Declaratory Judgment
- ☐ 17 Merit Personnel Act (OEA)
  (D.C. Code Title 1, Chapter 6)
- ☐ 18 Product Liability
- ☐ 24 Application to Confirm, Modify,
  Vacate Arbitration Award
  (DC Code § 16-4315)

- ☐ 25 Liens: Tax/Water Consent Granted
- ☐ 26 Insurance/ Subrogation
  Under $25,000 Consent Denied
- ☐ 27 Insurance/ Subrogation
  Over $25,000
- ☐ 28 Motion to Confirm Arbitration
  Award (Collection Cases Only)
- ☐ 26 Merit Personnel Act (OHR)
- ☐ 30 Liens: Tax/ Water Consent Denied
- ☐ 31 Housing Code Regulations

**II.**

- ☐ 03 Change of Name
- ☐ 06 Foreign Judgment
- ☐ 13 Correction of Birth Certificate
- ☐ 14 Correction of Marriage
  Certificate

- ☐ 15 Libel of Information
- ☐ 19 Enter Administrative Order as
  Judgment [ D.C. Code §
  2-1802.03 (h) or 32-1519 (a)]
- ☐ 20 Master Meter (D.C. Code §
  42-3301, et seq.)

- ☐ 21 Petition for Subpoena
  [Rule 28-I (b)]
- ☐ 22 Release Mechanics Lien
- ☐ 23 Rule 27(a) (1)
  (Perpetuate Testimony)
- ☐ 24 Petition for Structured Settlement
- ☐ 25 Petition for Liquidation

/s/Daniel S. Singer

_____

Attorney's Signature

12/13/21

_____

Date



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Telephone: (202) 879-1133 • Website: www.dccourts.gov**

COREY SHAPIRO
   Vs.                                C.A. No.     2021 CA 004663 B
THE DISTRICT OF COLUMBIA et al

### INITIAL ORDER AND ADDENDUM

**Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby** ORDERED **as follows:**

    (1) This case is assigned to the judge and calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption.

    (2) Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant of copies of (a) the summons, (b) the complaint, and (c) this Initial Order and Addendum. The court will dismiss the claims against any defendant for whom such proof of service has not been filed by this deadline, unless the court extended the time for service under Rule 4(m).

    (3) Within 21 days of service (unless otherwise provided in Rule 12), each defendant must respond to the complaint by filing an answer or other responsive pleading. The court may enter a default and a default judgment against any defendant who does not meet this deadline, unless the court extended the deadline under Rule 55(a).

    (4) At the time stated below, all counsel and unrepresented parties shall participate in a remote hearing to establish a schedule and discuss the possibilities of settlement. Counsel shall discuss with their clients **before** the hearing whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this hearing.**

    (5) If the date or time is inconvenient for any party or counsel, the Civil Actions Branch may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. To reschedule the hearing, a party or lawyer may call the Branch at (202) 879-1133. Any such request must be made at least seven business days before the scheduled date.
No other continuance of the conference will be granted except upon motion for good cause shown.

    (6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

**Chief Judge Anita M. Josey-Herring**

Case Assigned to: Judge HIRAM E PUIG-LUGO
Date:      December 14, 2021
Initial Conference: **REMOTE HEARING - DO NOT COME TO COURTHOUSE**
**SEE REMOTE HEARING INSTRUCTIONS ATTACHED TO INITIAL ORDER**

9:30 am, Friday, March 18, 2022
Location:  Courtroom 318
           500 Indiana Avenue N.W.
           WASHINGTON, DC 20001

                                                   CAIO-60

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

D.C. Code § 16-2821, which part of the Medical Malpractice Proceedings Act of 2006, provides, "[a]fter action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ('ISSC'"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC."

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. D.C. Code § 16-2825 Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. Unrepresented plaintiffs who elect not to eFile must either mail the form to the Multi-Door Dispute Resolution Office at, Suite 2900, 410 E Street, N.W., Washington, DC 20001, or deliver if in person if the Office is open for in-person visits.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following people are required by D.C. Code § 16-2824 to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code§ 16-2826. Any Plaintiff who is unrepresented may mail the form to the Civil Actions Branch at [address] or deliver it in person if the Branch is open for in-person visits. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Anita M. Josey-Herring

CAIO-60

### Civil Remote Hearing Instructions for Participants

The following instructions are for participants who are scheduled to have cases heard before a Civil Judge in a **Remote Courtroom**

**Option1:** **(AUDIO ONLY/Dial-in by Phone):**

Toll 1 (844) 992-4762 or (202) 860-2110, enter the Meeting ID from the attachment followed by #, press again to enter session.

- *Please call in no sooner than 5 minutes before your scheduled hearing time. Once you have joined the session, please place your phone on mute until directed otherwise. If you should happen to get disconnected from the call, please call back in using the phone number and access number provided and the courtroom clerk will mute your call until the appropriate time.*

If you select **Option 2** or **Option 3** use the **Audio Alternative**

**Option 2:** **(LAPTOP/ DESKTOP USERS 1):**

Open Web Browser in Google Chrome and copy and paste following address from the next page: https://dccourts.webex.com/meet/XXXXXXXXX

**Option 3:** **(LAPTOP/ DESKTOP USERS 2):**

Open Web Browser in Google Chrome and copy and paste following address https://dccourts.webex.com  Select **Join**, enter the Meeting ID from the next page

**AUDIO ALTERNATIVE:** Instead of automatically using **USE COMPUTER FOR AUDIO**, select **CALL-IN** and follow the **CALL-IN** prompt window. Use a cell phone or desk phone. You will be heard clearer if you **do not** place your phone on SPEAKER. It is very important that you enter the **ACCESS ID #** so that your audio is matched with your video.



**Option 4:** **(Ipad/SMART PHONE/TABLET):**

- Go to App Store, Download WebEx App (Cisco WebEx Meetings)
- Sign into the App with your Name and Email Address
- Select Join Meeting
- Enter address from the next page: https://dccourts.webex.com/meet/XXXXXXXXX
- Click join and make sure your microphone is muted and your video is unmuted (if you need to be
- seen). If you only need to speak and do not need to be seen, use the audio only option.
- When you are ready click "Join Meeting". If the host has not yet started the meeting, you will be placed in the lobby until the meeting begins.

**For Technical Questions or issues Call: (202) 879-1928, Option #2**

CAIO-60

Superior Court of the District of Columbia
Public Access for Remote Court Hearings
(Effective August 24, 2020)

**The current telephone numbers for all remote hearings are: 202-860-2110 (local) or 844-992-4726 (toll free).** After dialing the number, enter the WebEx Meeting ID as shown below for the courtroom. Please click a WebEx Direct URL link below to join the hearing online.

Audio and video recording; taking pictures of remote hearings; and sharing the live or recorded remote hearing by rebroadcasting, live-streaming or otherwise are not allowed

| Division | Courtroom | Types of Hearings Scheduled in Courtroom | Public Access via WebEx | |
|---|---|---|---|---|
| | | | **WebEx Direct URL** | **WebEx Meeting ID** |
| Auditor Master | 206 | Auditor Master Hearings | https://dccourts.webex.com/meet/ctbaudmaster | 129 648 5606 |
| Civil | 100 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb100 | 129 846 4145 |
| | 205 | Foreclosure Matters | https://dccourts.webex.com/meet/ctb205 | 129 814 7399 |
| | 212 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb212 | 129 440 9070 |
| | 214 | Title 47 Tax Liens; and Foreclosure Hearings | https://dccourts.webex.com/meet/ctb214 | 129 942 2620 |
| | 219 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb219 | 129 315 2924 |
| | 221 | Civil 1 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb221 | 129 493 5162 |
| | 318 | Civil 2 Scheduling Conferences; Status, | https://dccourts.webex.com/meet/ctb318 | 129 801 7169 |
| | 320 | Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb320 | 129 226 9879 |

CAIO-60

| 400 | Judge in Chambers Matters including Temporary Restraining Orders, Preliminary Injunctions and Name Changes | https://dccourts.webex.com/meet/ctb400 | 129 339 7379 |
|---|---|---|---|
| 415 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb415 | 129 314 3475 |
| 516 | | https://dccourts.webex.com/meet/ctb516 | 129 776 4396 |
| 517 | | https://dccourts.webex.com/meet/ctb517 | 129 911 6415 |
| 518 | | https://dccourts.webex.com/meet/ctb518 | 129 685 3445 |
| 519 | | https://dccourts.webex.com/meet/ctb519 | 129 705 0412 |
| JM-4 | | https://dccourts.webex.com/meet/ctbjm4 | 129 797 7557 |
| A-47 | Housing Conditions Matters | https://dccourts.webex.com/meet/ctba47 | 129 906 2065 |
| B-52 | Debt Collection and Landlord and Tenant Trials | https://dccourts.webex.com/meet/ctbb52 | 129 793 4102 |
| B-53 | Landlord and Tenant Matters including Lease Violation Hearings and Post Judgment Motions | https://dccourts.webex.com/meet/ctbb53 | 129 913 3728 |
| B-109 | Landlord and Tenant Matters | https://dccourts.webex.com/meet/ctbb109 | 129 127 9276 |
| B-119 | Small Claims Hearings and Trials | https://dccourts.webex.com/meet/ctbb119 | 129 230 4882 |

CAIO-60

IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

COREY SHAPIRO,

    Plaintiff,

    v.

THE DISTRICT OF COLUMBA AND
WATERFRONT CHURCH DC,

    Defendants.

Case No. 2021 CA 004663 B

## ANSWER OF DEFENDANT WATERFRONT CHURCH DC

COMES NOW the Defendant, WATERFRONT CHURCH DC, by counsel, Deborah E. Kane, and in Answer to Plaintiff's Complaint states as follows:

### FIRST DEFENSE

Plaintiff fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

Defendant generally denies all allegations of negligence, carelessness, recklessness, malfeasance, nonfeasance, and every other act of misconduct expressly or implicitly alleged in the Complaint; and further states that it generally denies all allegations of injuries and damages. In order to comply with specific pleading requirements, Defendant responds further to the allegations in the Complaint as follows:

1. As to paragraph no. 1, Defendant  admits to jurisdiction, but denies any and all allegations pertaining to liability and damages.

2. As to paragraph no. 2, Defendant admits to allegations of jurisdiction and venue.

3. As to paragraph no. 3,  Defendant admits to allegations of jurisdiction and venue.

4. As to paragraph no. 4, Defendant admits.

5. As to paragraph no. 5, Defendant denies.

6. As to paragraph no. 6, Defendant denies.

7. As to paragraph no. 7, Defendant is not required to respond to allegations of duty or breach, but to the extent necessary, denies the facts, allegations, liability and/or damages as stated.

8. As to paragraph no. 8, Defendant is not required to respond to allegations of duty or breach, but to the extent necessary, denies the facts, allegations, liability and/or damages as stated.

9. As to paragraph no. 9, Defendant is not required to respond to allegations of duty or breach, but to the extent necessary, denies the facts, allegations, liability and/or damages as stated.

10. As to paragraph no. 10, Defendant is not required to respond to allegations of duty or breach, but to the extent necessary, denies the facts, allegations, liability and/or damages as stated, except Defendant admits that it leased the adjacent building on 11-9-18.

11.  As to paragraph no. 11, Defendant is not required to respond to allegations of duty or breach, but to the extent necessary, denies the facts, allegations, liability and/or damages as stated, except Defendant admits that portions of the sidewalk were repaired.

12.  As to paragraph no. 12, Defendant is not required to respond to allegations of duty or breach, but to the extent necessary, denies the facts, allegations, liability and/or damages as stated.

13.  As to paragraph no. 13, Defendant is not required to respond to allegations of duty or breach, but to the extent necessary, denies the facts, allegations, liability and/or damages as stated.

14.  As to paragraph no. 14, Defendant denies.

15.  As to paragraph no. 15, Defendant denies.

16.  As to any and all unnumbered paragraphs and any allegations that have not been admitted, Defendant denies.

### THIRD DEFENSE

Plaintiff was contributorily negligent.

### FOURTH DEFENSE

Plaintiff assumed the risk of her injuries.

### FIFTH DEFENSE

Plaintiff's claims are barred by the applicable statute of limitations and/or laches.

### SIXTH DEFENSE

Plaintiff's injuries and/or damages, if any, where caused by the negligence or actions of other individuals or entities over whom this Defendant had no authority or control, nor right of control.

### SEVENTH DEFENSE

Plaintiff's claims are barred, in whole or in part, by statutory or charitable immunity.

### EIGHTH DEFENSE

Plaintiff's claims may be barred by waiver, release and/or equitably estopped.

**NINTH DEFENSE**

Plaintiff's injuries and/or damages, if any, were not the proximate result of any conduct by this Defendant, but were the result of superseding and/or intervening cause(s).

**TENTH DEFENSE**

Plaintiff's alleged injuries were the result of prior and/or subsequent conditions or occurrences for which this Defendant is not responsible.

**ELEVENTH DEFENSE**

Plaintiff failed to mitigate damages.

**TWELFTH DEFENSE**

Defendant reserves the right to raise additional defenses based upon facts which may be revealed through discovery.

WHEREFORE, all material allegations of the Plaintiff's Complaint having been denied, Defendant Waterfront Church DC requests judgment in its favor, with costs assessed against the Plaintiff.

Respectfully submitted,

_____*/s/ Deborah E. Kane*_____
Deborah E. Kane, Esquire
DC Bar # 433925
PO Box 14503
Des Moines, IA 50306-3503
Phone: 301-661-8483
Fax: 515-267-5431
dkane@guideone.law
*Counsel for Defendant Waterfront Church DC*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 3rd day of February, 2022, a copy of the foregoing

was served via e-filing and/or first class mail, postage prepaid, and/or email to:

Daniel S. Singer
Kenneth M. Trombly
Noah S. Trombly
1825 K Street NW, Suite 1150
Washington, DC 20006
*Counsel for Plaintiff*

       */s/ Deborah E. Kane*
       Deborah E. Kane, Esquire